Case 2:06-cv-01380-DWA   Document 7   Filed 11/07/06   Page 1 of 2
Case 2:06-cv-01380-DWA   Document 6   Filed 11/03/2006   Page 1 of 2
BRENNAN, ROBINS, DALEY FAX:4122812180   Nov 2 2006 16:28   P. 02
11-02-'06 17:00 FROM-

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OPERATING ENGINEERS LOCAL 66, AFL-CIO AND CONSTRUCTION INDUSTRY COMBINED FUNDS, INC., as agent for BOARD OF TRUSTEES OF OPERATING ENGINEERS LOCAL 66 ANNUITY AND SAVINGS FUND, OPERATING ENGINEERS CONSTRUCTION INDUSTRY AND MISCELLANEOUS PENSION FUND, OPERATING ENGINEERS LOCAL 66 BENEFIT FUND, OPERATING ENGINEERS LOCAL 66 WELFARE FUND; WESTERN PENNSYLVANIA OPERATING ENGINEERS JOINT APPRENTICESHIP AND TRAINING PROGRAM, <br><br> Plaintiff, <br><br> v. <br><br> BABCOCK EXCAVATING, INC., <br><br> Defendant. | Civil Action No. 06-1380 |

## CONSENT JUDGMENT

AND NOW, this 7th day of Nov. 2006, with the consent of the parties, judgment is hereby entered in favor of the Plaintiff and against Defendant Babcock Excavating, Inc. in the amount of $42,985.47.

Payments will be made as follows on the balance due under this judgment and the judgment pending at docket no. 06-0254:

| | |
|---|---|
| By November 3, 2006 | $ 7,831.68 |
| By December 1, 2006 | $15,108.85 |
| By January 1, 2007 | $15,108.85 |
| By February 1, 2007 | $15,108.85 |
| By March 1, 2007 | $15,108.85 |
| By April 1, 2007 | $15,108.85 |
| By May 1, 2007 | $15,108.85, plus additional interest from September 30, 2006 |
| By June 1, 2007 | $ 3,540.65 |

Defendant agrees to submit to Plaintiff its current reports with payment on a weekly basis in which laborers performed work. The first weekly payment of current reports will be due November 10, 2006.

Case 2:06-cv-01380-DWA   Document 7   Filed 11/07/06   Page 2 of 2
Case 2:06-cv-01380-DWA   Document 6   Filed 11/03/2006   Page 2 of 2
BRENNAN, ROBBINS, DALEY   Fax:4122812180   Nov 2 2006 16:28   P.03
11-02-'06 17:00   FROM-   T-008   P005/005   F-030

As long as the above conditions are met, Plaintiff will take no action to execute upon this judgment and Plaintiff's counsel will recommend to Plaintiff a waiver of all or a substantial portion of the late charges ($3,540.65) and attorney's fees.

|  |  |
|---|---|
| CONSENTED TO: | United States District Judge |
| */s/ Jeffrey J. Leech* | BRENNAN, ROBINS & DALEY |
| Jeffrey J. Leech | */s/ Harvey Robins and Jeffrey A. Gowish* |
| Attorney for Plaintiff | Harvey Robins AND Jeffrey A. Gowish |
|  | Attorney for Defendant |

LIT:405847-1 017020-119580

11/7/06

approved

Donetta F. Ambrose

- 2 -